UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

### Case Number: 21-20177-CIV-MARTINEZ

PAUL REIFFER,

      Plaintiff,

v.

ACTIVE CERTIFICATION SERVICES LLC,
dba ACS W3 SOLUTIONZ,

      Defendant.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a determination "with respect to Plaintiff's damages, request for attorney's fees and costs, and request for injunctive relief" after the Court partially granted Plaintiff's motion for default judgment. (ECF No. 23, at 6). Judge Becerra issued a report and recommendation ("R&R") recommending that Plaintiff's request be granted in part and denied in part, and that final judgment be entered in favor of Plaintiff in the amount of $45,000 in statutory damages, that a permanent injunction be entered against Defendant as to the Photograph, and that Plaintiff's counsel be awarded $4,339.10 in attorney's fees and costs. (R&R, at 10–11, ECF No. 26). The Court has reviewed the entire record and notes that no objections have been filed. After careful consideration, it is

**ADJUDGED** that United States Magistrate Judge Becerra's Report and Recommendation, (ECF No. 26), is **AFFIRMED** and **ADOPTED** in its entirety. Accordingly, it is **ADJUDGED** that:

1.      Plaintiff's request for damages, injunctive relief, and attorney's fees and costs, (ECF No. 20), is **GRANTED in part and DENIED in part**.  Plaintiff shall be granted statutory damages in the amount of $45,000 and a permanent injunction against Defendant as to the Photograph.  Plaintiff's counsel shall be awarded $4,339.10 in attorney's fees and costs.

2.      No later than **December 7, 2021**, Plaintiff shall file a proposed final judgment in accordance with this Order and Judge Becerra's R&R.  The proposed Final Judgment **must** include language on the injunctive relief sought.

3.      Final judgment will be issued by separate order.

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd day of December, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record